

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ian Charles Armstrong, ) | |
| ) | |
| Plaintiff, ) | Case No. 16 C 9215 |
| ) | |
| v. ) | Honorable Matthew F. Kennelly |
| ) | |
| Cook County, Illinois, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter coming before the Court on the Petition for Writ of Habeas Corpus Ad Testificandum of Plaintiff Ian Charles Armstrong; it appearing that Plaintiff is currently detained at the Cook County Department of Corrections in Chicago, Illinois, assigned Inmate No. 0443404 and Booking No. 20141019160; that a jury trial in the above-entitled case is scheduled to begin on November 18, 2019 at 9:45 a.m. and continuing through November 20, 2019; that Plaintiff desires to be present and testify at trial; and the Court having been fully advised in the premises.

IT IS HEREBY ORDERED that the following:

| | |
|---|---|
| U.S. Marshal | Cook Cook County Department of Corrections |
| Northern District of Illinois | 2700 South California Avenue |
| Chicago, Illinois | Chicago, Illinois 60608 |

produce Plaintiff Ian Charles Armstrong or cause Plaintiff Ian Charles Armstrong to be produced before this Court by 9:00 a.m. on November 18, 19, and 20, 2019, in Courtroom 2103, at the Everett McKinley Dirksen U.S. Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604, and provide him adequate food and lodging as necessary, and that such arrangements continue for the duration of the trial in this matter at the times and on the dates listed above. It is further ordered that a writ of habeas corpus ad testificandum directed to the persons listed above be issued by the Clerk of the Court.

IT IS SO ORDERED.

DATED: 10-18-2019

_____
Honorable Matthew F. Kennelly