# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ian Charles Armstrong

                Plaintiff,

v.                                       Case No.: 1:16−cv−09215
                                                          Honorable Matthew F. Kennelly

Cook County, Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearances of attorneys Nicolas Paul Castiglione and Patrick F. Russell is granted. Motion to continue remains on the call for 11/5/2019 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.