# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ian Charles Armstrong

                          Plaintiff,

v.                                             Case No.: 1:16−cv−09215

                                                              Honorable Matthew F. Kennelly

Cook County, Illinois, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 11/5/2019. Defendant Michael Tylor to continue the start date of the trial [190] is granted in part and denied in part. The Court will start the trial on 11/18/2019 as scheduled with only the Jury Selection being conducted on that date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.